BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street Suite 4401
Fresno, California 93721
Telephone 559-497-4038
Facsimile 559-497-4099

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 1:15-cr-00139-LRO-SKO-2 |
| v. | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| ALEXIS ALVAREZ GUZMAN | ☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The undersigned ☒ Assistant United States Attorney ☒ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☒ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: ALEXIS ALVAREZ GUZMAN
    Alias: ALEXIS ALVAREZ-GUZMAN
BOP/Booking No: #72500-097
Detained by: Warden
Other: LERDO MAXIMUMM-MEDIUM FACILITY
Detained at: 17645 INDUSTRIAL FARM ROAD BAKERSFIELD, CALIFORNIA 93308
Detainee is requested for the following reasons:

Appearance is necessary on   AUGUST 12, 2015   at   8:30 A.M.   before the Honorable

Judge/Magistrate Judge DAVID MIRANDA

Location:   U.S. District Court
            Other MERCED SUPERIOR COURT 2260 N STREET MERCED, CALIFORNIA 95340

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: 8/7/15

MARK A. BROUGHTON
ATTORNEY FOR DEFENDANT

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER) MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.*

G-09 (10/06)   APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM

BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street Suite 4401
Fresno, California 93721
Telephone 559-497-4038

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>ALEXIS ALVAREZ GUZMAN<br><br>Defendant(s). | CASE NUMBER<br>1:15-cr-00139-LJO-SKO-2<br><br>**ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>X AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

tha t a Writ of Habeas Corpus   X Ad Prosequendum   ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ALEXIS ALVAREZ GUZMAN_____
Alias: ALEXIS ALVAREZ-GUZMAN_____

on ____08/12/2015_____ at ___8:30 A.M._____ befo re Judge/Magistrate Judge DAVID MIRANDA
  *(Date of Appearance)*                (Time)

Dated: **Aug 7, 2015**

_____
U.S. District Judge/U.S. Magistrate Judge

G-09 ORDER (10/06)   ORDER ON APPLICATION FOR WRIT OF **HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

From:Hammerschmidt Broughton Law    559 233 4333    07/29/2015 10:36    #475 P.002/003

Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #79822
Rachel W. Hill, #151522
William A. Parry, #201617
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Telephone: (559) 233-5333
Facsimile: (559) 233-4333

Attorney for Defendant, Alexis Alvarez Guzman

FILED
MERCED COUNTY
15 AUG -4 PM 2: 02
CLERK OF THE [illegible]
BY_____ DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MERCED

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | Case No.: CRM034786 |
| Plaintiff, | **DEFENDANT ALEXIS ALVAREZ GUZMAN'S WRIT OF HABEAS CORPUS AD PROSQUEDUM** |
| vs. | |
| ALEXIS ALVAREZ GUZMAN Defendant, | |

Defendant Alexis Alvarez Guzman has a hearing on August 12, 2015 at the California Superior Court in Merced but is currently being held at Lerdo Maximum Medium Facility in Bakersfield, California pending charges for another case. Pursuant to 28 U.S.C 2254:

IT IS HEREBY ORDERED that the United States Marshalls shall produce Alexis Alvarez Guzman (05/28/1995), a federal prison inmate, who is a party to the above entitled case into the custody of Merced County Sheriff on August 11, 2015 for purpose of pretrial/motion hearing in the Superior Court of Merced on August 12, 2015 at 8:30 a.m.

IT IS FURTHER ORDERED that the court will not waive the prisoner's appearance.

IT IS FURTHER ORDERED that the Merced County Sheriff shall detain said Federal prison inmate in the Merced County Jail daily thereafter as required by the court until his presence is no longer required.

WRIT OF HABEAS CORPUS AD PROSQUEDUM
CASE NO.:CRM034786

From:Hammerschmidt Broughton         w        559 233 4333         07/  /2015 10:36        #475 P.003/003

1       IT IS FURTHER ORDERED that the Merced County Sheriff shall return said federal
2   prison inmate to the custody of the United States Marshall when his presence is no longer
3   required.

5   Dated: 7-30-15

                                THE HONORABLE DAVID MIRANDA
                                JUDGE OF THE SUPERIOR COURT

2
WRIT OF HABEAS CORPUS AD PROSQUEDUM
CASE NO.:CRM034786