BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00139 LJO |
|---|---|
| Plaintiff, | ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |
| v. | |
| ALEXIS ANTONIO ALVAREZ GUZMAN | |
| Defendant. | |

On August 4, 2015, the Honorable David Miranda, a Superior Court Judge for the State of California, County of Merced, requested that the body of the above-named defendant be produced in Merced County Superior Court for further proceedings in the case of People v. Alexis Alvarez Guzman, CRM034786. The defendant's appearance before the state court judge is necessary on August 12, 2015 at 8:30 a.m. for a pretrial/motion hearing. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Lerdo Maximum-Medium Facility. His next appearance before the United States Magistrate Court is October 5, 2015. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is October 5, 2015 for a status conference:

IT IS HEREBY ORDERED that deputies of the Merced County Sheriff's Office may produce the defendant in state court on August 12, 2015 for purposes of his presence at the pretrial/motion hearing, but

shall return him to the custody of the United States Marshal Service in the physical custody of Lerdo Maximum-Medium Facility immediately after the proceeding has concluded on August 12, 2015.  The Court further orders that the Merced County Sheriff's Office can produce the defendant for future state court proceedings with his return immediately thereafter after the U.S. Marshal Service and the Merced County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance.  Under no circumstances is the defendant to be released from the physical custody of the Lerdo Maximum-Medium Facility other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this court.

The Court rescinds the writ issued on August 7, 2015.

IT IS SO ORDERED.

Dated:   **August 11, 2015**

_____
UNITED STATES MAGISTRATE JUDGE